IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00374–EWN–8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

6.  JUAN GARCIA,

    Defendant.

# MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The "Motion for Substitution of Counsel" filed December 23, 2005, is GRANTED.

Dated: January 12, 2006