IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 05–cr–00374–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER GARDUNO,
    a/k/a "Gardiz",
2. SEFERINO ESTRADA,
    a/k/a "Sefi",
4. GARRY GALLEGOS, JR.,
    a/k/a "Glinky",
5. VANESSA GALLEGOS,
6. JUAN GARCIA,
7. MIRAMON GARDUNO,
    a/k/a "Mon",
8. EILEEN GIERBOLINI,
9. ANTHONY LOPEZ,
    a/k/a "T-Money",
10. ADAM LUCERO,
    a/k/a "Gadam",
11. RUDOLPH MAESTAS,
    a/k/a "Andre",
12. ERIKA McGEE,
    a/k/a "Anjelica Juarez",
13. MANUELITA RAMIREZ,
14. SANTOS RIVERA-MENDEZ,
    a/k/a "Joe",
15. STEVEN SABEL,
    a/k/a "Fraggle",
16. DAVID SANDOVAL,
    a/k/a "Mouse",
17. JELAN SMITH,
18. SANDRA TAVAREZ,
19. MONIQUE TORRES,
20. THERESA TORRES,

21. MANUEL TRUJILLO,
    a/k/a "Manny",
22. VICTOR VALDEZ,
    a/k/a "Vic",
23. GUADALUPE VILLANUEVA,

      Defendants.

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The motions for substitution of counsel and to excuse presence of counsel for Defendants Juan Garcia, Manuel Trujillo, Joel Garcia, Erika McGee, David Sandoval (documents ## 532, 520, 521, 505, 516) are GRANTED.

Dated: March 7, 2006